IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

EUGENE

KIMBERLY APODACA,  )
                   )
         Plaintiff, )
                   )   Civil No. 10-314-TC
     v.            )
                   )   ORDER
MICHAEL J. ASTRUE, )
                   )
         Defendant. )
_____)

Magistrate Judge Thomas M Coffin has filed his Findings and Recommendation on September 7, 2011. The matter is now before me. See 28 U.S.C. § 636(b)(1)(B) and Fed. R. Civ. P. 72(b). No objections have been timely filed. This relieves me of my obligation to give the factual findings de novo review. Lorin Corp. v. Goto & Co., Ltd., 700 F.2d 1202, 1206 (9th Cir. 1982). See also Britt v. Simi Valley Unified School Dist., 708 F.2d

1   - ORDER

452, 454 (9th Cir. 1983). Having reviewed the legal principles de novo, I find no error.

Accordingly, I ADOPT Judge Coffins Findings and Recommendation. This matter is remanded to the Commissioner pursuant to sentence four of 42 U.S.C § 405(g) for further proceedings consistent with the court's Findings and Recommendations.

DATED this 17th day of Oct., 2011.

_____
United States District Judge